# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  DIANE PRICE | ) | Case No. 22 B 01302 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

DIANE PRICE  
1401 S BLUE ISLAND #308  
CHICAGO, IL 60608

THE SEMRAD LAW FIRM LLC  
via Clerk's ECF noticing procedures

Please take notice that on May 05, 2022 at 10:00 am., I will appear before the Honorable Judge DONALD R CASSLING or any judge sitting in the judge's place and present the motion set forth below.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com.  Then enter the meeting ID and passcode.
**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.
**Meeting ID and passcode**. The meeting ID for this hearing is 161 414 7941 and the passcode is 619. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on April 22, 2022.

/s/ Thomas H. Hooper  
_____  
Thomas H. Hooper, Trustee

Thomas H. Hooper  
Chapter 13 Trustee  
55 E. Monroe St., Suite 3850  
Chicago, IL 60603  
(312) 294-5900

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  DIANE PRICE | ) | Case No. 22 B 01302 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

**MOTION TO DISMISS FOR UNREASONABLE DELAY**

Now comes Thomas H. Hooper, Trustee, and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c)(1), and in support thereof respectfully states the following:

1. On February 04, 2022 the debtor(s) filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. A plan has not been confirmed in this case.

3. The debtor(s) has caused unreasonable delay that is prejudicial to creditors by failing to:

    341 meeting not adjourned.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900